NO. 12-03-00235-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT


 

TYLER, TEXAS


 


§
 



IN RE: CHAD MIZZLES,
§
 ORIGINAL PROCEEDING

RELATOR


§
 






 MEMORANDUM OPINION


 Relator Chad Mizzles seeks a writ of habeas corpus alleging that he was charged with
contempt, sentenced to seven days in jail, and committed to jail without a valid commitment order.
Based upon our review of Relator's habeas petition, we conclude that Relator has not shown himself
entitled to the relief he seeks. Accordingly, the writ of habeas corpus is denied.




 SAM GRIFFITH 

 Justice


Opinion delivered July 16, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.




PUBLISH